**JAMES HAWKINS APLC**
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa, Esq. (Bar No. 295045)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour, Esq. (Bar No. 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

Attorneys for Plaintiffs and the Putative Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY GRIFFIN PERKINS, JOSE JOHNSON, IGNACIO PARKS, AND TIWAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HADCO METAL TRADING SANTA FE SPRINGS CA dba RYDER INTEGRATED LOGISTICS INC.: and DOES 1-50, inclusive,<br><br>Defendants. | **Lead Case No.** 3:23-cv-00502-WHO<br>[Consolidated for all purposes with Case No. 3:23-cv-01694-WHO & Case No. 4:22-cv-07456-JST]<br><br>[Assigned to the Honorable William H. Orrick]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND ATTORNEY FEES AND COSTS**<br><br>Date: December 10, 2024<br>Time: 10:00 a.m. |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FINAL APPROVAL OF CLASS ACITON AND PAGA SETTLEMENT AND ATTORNEYS FEES AND COSTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 10, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable William H. Orrick in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Quincy Griffin Perkins, Jose Johnson, Ignacio Parks, and Tiwan Johnson ("Plaintiffs") will seek an Order:

(1) Granting Final Approval of the Class and PAGA Action Settlement;

(2) Approving the request for attorneys' fees to Class Counsel of 1/3 of the Gross Settlement Amount, totaling $983,333.33;

(3) Approving reimbursement of actual litigation costs of $37,491.38; and

(4) Approving the Class Representative Enhancement Payments totaling $60,000.00 to Plaintiffs for the time and effort spent pursuing this matter on behalf of the Settlement Class, the risks taken and in recognition of the general release they have entered into as part of this Settlement; and

(5) Approving the Administration fee request totaling $63,750.00 to the Settlement Administrator ILYM Group, Inc in connection with the administration of the settlement.

This Motion is based on this Notice of Motion, the following Memorandum of Points and Authorities, the Declarations of James R. Hawkins and Mehrdad Bokhour in support of Final Approval, the Declarations of Plaintiffs Quincy Griffin Perkins, Jose Johnson, Ignacio Parks, and Tiwan Johnson previously submitted in support of Preliminary Approval, the Declaration of settlement administrator Nathalie Hernandez on behalf of ILYM Group Inc., and all other records, pleadings, and papers on file in this action and such other evidence or argument as may be presented to the Court at the hearing on this Motion.

The Parties have met and conferred pursuant to 7-3 regarding the substance of the motion, and Plaintiffs do not anticipate an objection to this motion from Defendant.

                                  Respectfully submitted,
**JAMES HAWKINS APLC**
**BOKHOUR LAW GROUP, P.C.**
**FALAKASSA LAW, P.C.**

DATED: November 5, 2024          *By: /s/_____Gregory Mauro_____*
                                                   James R. Hawkins
                                                      Greogry Mauro
                                        Mehrdad Bokhour
                                                  Joshua Falakassa

                                  Attorneys for Plaintiffs and the Settlement Class

PLAINTIFFS' NOTICE OF MOTION AND MOTION FINAL APPROVAL OF CLASS ACITON AND PAGA SETTLEMENT AND ATTORNEYS FEES AND COSTS