Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
rtumanyan@reedsmith.com
Tanner J. Hendershot (SBN 346841)
thendershot@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY GRIFFIN PERKINS individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HADCO METAL TRADING SANTA FE SPRINGS CA dba RYDER INTEGRATED LOGISTICS INC.: and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 23-cv-00502-WHO <br><br> [Consolidated for all purposes with 23-cv-01694-WHO; 4:22-cv-07456-JST] <br><br> **CERTIFICATE OF SERVICE** <br><br> Complaint Filed: November 14, 2022 <br> Trial Date: None |

Mara D. Curtis (SBN 268869
Tanner J. Hendershot (SBN 346841)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email:   mcurtis@reedsmith.com
             thendershot@reedsmith.com

Attorneys for Defendants
RYDER TRUCK RENTAL INC., RYDER INTEGRATED LOGISTICS, INC., and RYDER SYSTEM INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – SPRING STREET COURTHOUSE

| | |
|---|---|
| ROBERT MOSER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>RYDER TRUCK RENTAL INC., an unknown business entity; RYDER INTEGRATED LOGISTICS INC, an unknown business entity; RYDER SYSTEM INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 24STCV25748<br><br>[Assigned for all purposes to the Honorable Elihu M. Berle, Department 6]<br><br>**PROOF OF SERVICE RE: PLAINTIFFS' MOTION FOR FINAL APPROVAL CLASS ACTION AND PAGA SETTLEMENT AND ENTERING JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>Complaint Filed:    October 3, 2024<br>Trial Date:             None |

# PROOF OF SERVICE

**CASE NAME:** ROBERT MOSER v. RYDER TRUCK RENTAL INC.

**CASE NO.:** 24STCV25748

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90071.

On **November 6, 2024**, I served the following document(s) by the method indicated below:

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND ATTORNEY FEES AND COSTS;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND ATTORNEY FEES AND COSTS;**

3. **DECLARATION OF MEHRDAD BOKHOUR IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT;**

4. **DECLARATION OF JAMES HAWKINS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND ATTORNEY FEES AND COSTS;**

5. **DECLARATION OF JOSHUA FALAKASSA IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT;**

6. **DECLARATION OF NATHALIE HERNANDEZ OF ILYM GROUP, INC. IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

7. **[PROPOSED] FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE; AND**

8. **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND ENTERING JUDGMENT**

☒ **VIA U.S. MAIL ONLY**:

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| | |
|---|---|
| ARBY AIWAZIAN, ESQ.<br>**LAWYERS FOR JUSTICE, PC**<br>410 WEST ARDEN AVENUE, SUITE 203<br>GLENDALE, CALIFORNIA 91203<br>PHONE: (818) 265-1020<br>FAX: (818) 265-1021<br>EMAIL: AA@CALLJUSTICE.COM | COUNSEL FOR PLAINTIFF |

☒ **STATE:**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 6, 2024**, at Los Angeles, California.

_____
**ELIZABETH ZAPATA**

# PROOF OF SERVICE

**CASE NAME: PERKINS V. RYDER INTEGRATED LOGISTICS, INC.**

**CASE NO.: 23-cv-00502-WHO**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90071.

On **November 7, 2024**, I served the following document(s) **CERTIFICATE OF SERVICE** by the method indicated below:

☒ **BY NOTICE OF ELECTRONIC FILING:**

The below-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

| | |
|---|---|
| JAMES R. HAWKINS, ESQ.<br>GREGORY MAURO, ESQ.<br>MICHAEL CALVO, ESQ.<br>LAUREN FALK, ESQ.<br>AVA ISSARY, ESQ.<br>**JAMES HAWKINS APLC**<br>9880 RESEARCH DRIVE, SUITE 200<br>IRVINE, CALIFORNIA 92618<br>PHONE:  (949) 387-7200<br>FAX:      (949) 387-6676 | EMAIL ADDRESSES:<br>JAMES@JAMESHAWKINSAPLC.COM<br>GREG@JAMESHAWKINSAPLC.COM<br>MICHAEL@JAMESHAWKINSAPLC.COM<br>LAUREN@JAMESHAWKINSAPLC.COM<br>AVA@JAMESHAWKINSAPLC.COM<br><br>ATTORNEYS FOR PLAINTIFF |

☒ **FEDERAL:**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 7, 2024**, at Los Angeles, California.

**ELIZABETH ZAPATA**